# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Brian Andrew Eddington
Attorney at Law
8941 Jefferson Hwy, Ste 200
Baton Rouge LA 70809

**REHEARING ACTION: July 23, 2014**

**Docket Number: 14   00005-CA**

**PINE PRAIRIE ENERGY CENTER, LLC
AND PLAINS MARKETING, L.P.
VERSUS
EDDIE SOILEAU, SHERIFF AND EX
OFFICIO TAX COLLECTOR, ET AL.**

**Appealed from Evangeline Parish Case No. 73106-B**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. J. David Painter
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eddie Soileau, Sheriff and Tax Collector and Dirk Deville,**

**Assessor for Evangeline** has this day been

**DENIED.**

cc: Robert Dean Hoffman, Jr., Counsel for the Appellee
    Jesse R. Adams, III, Counsel for the Appellee
    Andre Brian Burvant, Counsel for the Appellee
    Anthony L. Walker, Counsel for the Appellee